No. 456, Misc.   FREDERICKS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.   *Bernard A. Golding* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. ■

No. 468, Misc.   BRINGAZI *v.* EIDSON, WARDEN.   Supreme Court of Missouri.   Certiorari denied.   Petitioner *pro se.*   *John M. Dalton,* Attorney General of Missouri, and *Samuel M. Watson,* Assistant Attorney General, for respondent.

No. 472, Misc.   SEYMOUR *v.* NEW YORK.   Appellate Division of the Supreme Court of New York, Third Judicial Department.   Certiorari denied. ■

No. 509, Misc.   WHEELER *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Claire O. Ducker, Sr.* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Robert S. Erdahl* and *J. F. Bishop* for the United States. ■

No. 523, Misc.   JACOBS ET AL. *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Nancy Carley* for petitioners.   *George Tilzer* for respondent. ■

No. 541, Misc.   ALLEN *v.* RAGEN, WARDEN.   C. A. 7th Cir.   Certiorari denied.